# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MARK E. CARSTENSEN CONSTRUCTION, INC.,

        Plaintiff,

  v.                                      Case No. 04-C-891

B&B CARPENTRY, INC., and
ROBERT BELMORE,

        Defendants.

## ORDER

On June 28, 2005, a mediation was conducted in the above-captioned action which resulted in the resolution of this matter. The parties agreed to forward to United States Magistrate Judge Aaron E. Goodstein their settlement documents on or before July 11, 2005. Accordingly,

**NOW, THEREFORE, IT IS HEREBY ORDERED** that this case be and hereby is returned to United States Magistrate Judge Aaron E. Goodstein for entry of an appropriate order of dismissal after the parties submit their settlement documents on or before **July 11, 2005**.

Dated at Milwaukee, Wisconsin, this 28th day of June, 2005.

                                      BY THE COURT:

                                      s/Patricia J. Gorence
                                      PATRICIA J. GORENCE
                                      United States Magistrate Judge